COURT OF CRIMINAL APPEALS
AUSTIN TX

JAMES ERIC LOFTEN #1897611

40,256-19

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 12 2015
Abel Acosta, Clerk

DEAR CLERK:
I HAVE SOME ACTIONS FILED IN THIS COURT. ON SEPT 80, 2015 There HAS been A CHANGE OF AddRESS TO: 2665 PRISON Rd #1 LOVELADY, TX 75851

AddRESS TO: ABLE A. CLERK. P.O. BOX 12308 CAPItoL STATION, AUSTIN TX 78711

LOFTEN JAMES #1897611
2665 PRISON Rd #1
LOVE LADY TX 75851

DATE OCT 03, 2015